**FILED**
VANESSA L. ARMSTRONG

FEB 27 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 3:19-CR-122-CHB |
| ) | |
| v. ) | |
| ) | **JURY VERDICT** |
| DALE THOMAS HAMMOND, ) | |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

We, the jury, find the defendant, Dale Thomas Hammond, as to the crimes charged in the Indictment:

**COUNT ONE**     GUILTY ✓_____     NOT GUILTY _____

**COUNT TWO**     GUILTY ✓_____     NOT GUILTY _____

2-27-20
**DATE**

_____  #149
**FOREPERSON**

- 1 -